**SEALED**

BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUL - 2 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES AND ACQUISITION OF CELL SITE INFORMATION FROM A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (707) 720-6064 | CASE NO. 2:15-SW-198 KJN<br><br>[~~PROPOSED~~] ORDER<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the narcotics activities of the parties named in the application and order, signed April 24, 2015, which authorized agents of FBI to install and use pen registers and trap and trace devices ("pen-trap devices") and acquire certain approximate location, dialing, routing, and signaling information associated with the communications to or from (707) 720-6064 for a period of 60 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41 (f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

///

1

1. Should the United States seek further postponement of the time within which it must serve the notice, it shall make further application to this Court.

IT IS SO ORDERED.

Dated: July 2, 2015

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE